# Proceeding Minutes / Proceeding Memo

*Case #:* 12-20845      *Case Name:* Michael T. Chimento and Stacy L. Chimento

*Set:* 07/26/2017 09:00 am    *Chapter:* 13    *Type:* bk    *Judge* Peter G Cary

*matter*   *Doc# 76 - DEBTORS' MOTION TO SHORTEN PERIOD FOR OBJECTION AND TO

---

Minute Entry re: (related document(s): [76] Debtors' Motion to Expedite Hearing); Appearances: Peter C. Fessenden, Tanya Sambatakos. Motion GRANTED; Order to enter. (MEP)