# Proceeding Minutes / Proceeding Memo

*Case #:* 12-20845   *Case Name:* Michael T. Chimento and Stacy L. Chimento
*Set:* 07/26/2017 09:00 am   *Chapter:* 13   *Type:* bk   *Judge* Peter G Cary
*matter*   *Doc# 75 - DEBTORS' MOTION TO AVOID JUDICIAL LIENS OF MIDLAND FUNDING,

Minute Entry re: (related document(s): [75] Debtors' Motion to Avoid or Strip Lien); Appearances: Peter C. Fessenden, Tanya Sambatakos. Motion GRANTED; Order to enter. (MEP)